1  MARGARET E. DALTON (SB #241033)
   medalton@stoel.com
2  STOEL RIVES LLP
   33 South Sixth Street, Suite 4200
3  Minneapolis, MN 55402
   Telephone: (612) 373-8800
4  Facsimile: (612) 373-8881

5  and

6  JONATHAN C. MIESEN
   Admitted Pro Hac Vice
7  Associate General Counsel-Litigation
   Land O'Lakes, Inc.
8  4001 Lexington Avenue North
   Arden Hills, MN 55126
9  Telephone: (651) 375-5985
   Facsimile: (651) 234-0535
10 jcmiesen@landolakes.com

11 Attorneys for Plaintiff

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 Land O'Lakes, Inc.,                        Case No. 1:11-CV-02010-LJO-SMS

17            Plaintiff,

18 v.                                          **STIPULATION FOR DISMISSAL
                                               WITH PREJUDICE AND ORDER
19 Terry Gonsalves, Barbara G. Medico, Bennie THEREON, WITH RETENTION OF
   M. Gonsalves and Delores M. Gonsalves      JURISDICTION BY THIS COURT FOR
20                                             ENFORCEMENT**
            Defendants.
21

22

23        WHEREAS, the parties hereto entered into a Settlement Agreement resolving this matter

24 which was approved by the bankruptcy court on November 15, 2012;

25        WHEREAS, there remain payments due from Plaintiff under the Settlement Agreement;

26        WHEREAS, the parties desire that this court retain jurisdiction to enforce the Settlement

27 Agreement, notwithstanding this dismissal.

28

STOEL RIVES LLP
ATTORNEYS AT LAW
CALIFORNIA

STIPULATION FOR DISMISSAL
WITH PREJUDICE                    -1-

1    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in this

2    case, through their respective undersigned legal counsel, that all of the claims and counterclaims

3    that were asserted or that could have been asserted in this case may be dismissed with prejudice,

4    but without attorney fees or costs being awarded to any party.  This court shall retain jurisdiction

5    to enforce the terms and conditions of the Settlement Agreement, notwithstanding this dismissal

6    herein.

7

8                                              Respectfully submitted,

     Dated:  November 26, 2012              LAND O'LAKES, INC.

9

10

                                            By: s/Jonathan C. Miesen
11                                               Jonathan C. Miesen
                                                 Associate General Counsel-Litigation
12                                               Admitted Pro Hac Vice

13                                          4001 Lexington Avenue North
                                            Arden Hills, MN 55126
14                                          Telephone:  (651) 375-5985
                                            Facsimile:  (651) 234-0535
15                                          jcmiesen@landolakes.com

16                                          and

17

18

19

20

21

22

23

24

25

26

27

28

1   Margaret E. Dalton (SB #241033)
    STOEL RIVES LLP
2   medalton@stoel.com
    33 South Sixth Street, Suite 4200
3   Minneapolis, MN 55402
    Telephone:  (612) 373-8800
4   Facsimile:  (612) 373-8881

5   Attorneys for Plaintiff

6

7   Dated:  November 26, 2012          KAHN, SOARES, & CONWAY, LLP

8

9                                      By: s/Rissa A. Stuart
                                           Michael J. Nolan (SB #82537)
10                                         Rissa A. Stuart (SB #166459)
                                           Joshua J. Bettencourt (SB  #240221)
11
                                       219 North Douty Street
12                                     Hanford, CA 93230
                                       Telephone:  (559) 584-3337
13                                     Facsimile:   (559) 584-3348
                                       mnoland@kschanford.com
14                                     rstuart@kschanford.com
                                       jbettencourt@kschanford.com
15
                                       Attorneys for Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
CALIFORNIA

STIPULATION FOR DISMISSAL          -3-
WITH PREJUDICE

1

**ORDER**

2

      Based upon the foregoing Stipulation, it is hereby ordered that this case is dismissed with

3

prejudice, but without attorney fees or costs being awarded to any party.  This court shall retain

4

jurisdiction to enforce the terms and conditions of the Settlement Agreement, notwithstanding this

5

dismissal herein.  The clerk is directed to close this action, subject to reopening as necessary.

6

7

8

IT IS SO ORDERED.

9

    Dated:   **November 27, 2012**               **/s/ Lawrence J. O'Neill**

10

UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28